

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00276-CR

---

GEOFFREY NATHAN LOWRY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 078964-E-CR, Honorable Douglas R. Woodburn, Presiding

---

October 20, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Geoffrey Nathan Lowry, appeals his conviction for engaging in an improper relationship between an educator and student[1] and sentence to ten years' confinement, suspended in favor of community supervision for ten years. Pending before this Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his

---

[1] *See* TEX. PENAL CODE ANN. § 21.12.

attorney.  As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.